IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.:8:19-cr-00181 |
| | ) | |
| | ) | 21 USC § 841(a)(1) |
| | ) | 21 USC § 841(b)(1)(A) |
| | ) | 21 USC § 846 |
| | ) | 21 USC § 952(a) |
| | ) | 21 USC § 960(b)(1)(A) |
| | ) | 21 USC § 960(b)(1)(B) |
| v. | ) | 21 USC § 960(b)(1)(F) |
| | ) | 21 USC § 843(b) |
| | ) | 21 USC § 963 |
| | ) | 21 USC § 844(a) |
| | ) | 21 USC § 856(a)(1) |
| | ) | 18 USC § 1952(a)(3) |
| DETRIC LEE MCGOWAN, a/k/a, "Fat" | ) | 18 USC § 1001(a)(2) |
| DONALD NATHANIEL THOMAS, JR., | ) | 18 USC § 371 |
|    a/k/a, "TJ" | ) | 18 USC § 2 |
| JAMAL DEMARCUS LATIMER | ) | 18 USC § 924(c)(1)(A) |
| CHRISTOPHER JEROME | ) | 31 USC § 5332(a)(1) |
| CUNNINGHAM | ) | 31 USC § 5324(a) |
| RICHARD LAMOND LONGSHORE, | ) | 18 USC § 924(d) |
|    a/k/a, "Bam" | ) | 21 USC § 853 |
| CELEST HENRY BLOCKER | ) | 21 USC § 881 |
| EDDIE LEE CHILDS, JR., a/k/a, "Speedy" | ) | 31 USC § 5317(c)(1) |
| TREVOR MAURICE HULL | ) | 31 USC § 5332(b)(2) |
| DANNY MORALES LOPEZ | ) | 28 USC § 2461(c) |
| SHEQUITA LATOYA HOLLOWAY | ) | |
| LAUREN BROOKE POORE | ) | |

**MOTION TO UNSEAL INDICTMENT**

    The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Honorable Court to unseal the Indictment in this case as to Jamal Demarcus Latimer. Latimer has been arrested, is in custody and will appear before this Court

February 29, 2019 for arraignment.   Unsealing the indictment is necessary for court proceedings and will allow counsel for the government to provide a copy to counsel for the Defendant.

        Respectfully submitted,

        SHERRI A. LYDON
        UNITED STATES ATTORNEY

BY:  s/*Leesa Washington*
        Leesa Washington (I.D. No. 6973)
        Assistant United States Attorney
        55 Beattie Place, Suite 700
        Greenville, SC 29601
        Tel. (864) 282-2100
        Email: leesa.washington@usdoj.gov

February 28, 2019