UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jamal Demarcus Latimer, | ) | |
| Defendant, | ) | Cr. No.:8:19-cr-00181BHH |
| _____ | ) | |

## NOTICE OF APPEARANCE

Comes now, the undersigned counsel, who enters notice of appearance for Defendant

Jamal Demarcus Latimer for the pendency of this matter.

Respectfully submitted:


s/Stephanie A. Rainey
Stephanie A. Rainey, Fed. I.D. No: 7768
145 North Church Street, Suite 210
Spartanburg, SC 29306
Telephone: (864)573-1003
Facsimile: (864) 573-7660
Attorney for Jamal Demarcus Latimer

March 4, 2019