AO 442 (Rev. 11/11) Arrest Warrant

FID 108 203 20

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

RECEIVED
FEB 20 2019

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  8:19cr181 |
| | ) | |
| | ) | |
| | ) | |
| JAMAL DEMARCUS LATIMER | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMAL DEMARCUS LATIMER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21, U.S.C. § 846: Title 21, U.S.C. § 841(a)(1); Title 21, U.S.C. § 841(b)(1)(A); Title 21, U.S.C. § 841(b)(1)(B); Title 21, U.S.C. § 963; Title 21, U.S.C. § 952(a); Title 21, U.S.C. § 960(b)(1)(A); Title 21, U.S.C. § 960(b)(1)(B); Title 21, U.S.C. § 960(b)(1)(F); Title 18, U.S.C. § 371; Title 31, U.S.C. § 5332(a)(1); Title 18, U.S.C. § 1952(a)(3); Title 18, U.S.C. § 2; Title 21, U.S.C. § 843(b); Title 21, U.S.C. § 856(a)(1); Title 31, U.S.C. § 5324(a)(3); Title 31, U.S.C. § 5324(d)(2); Title 18, U.S.C. § 924(d); Title 21, U.S.C. § 853; Title 21, U.S.C. § 881; Title 31, U.S.C. § 5317(c)(1); Title 31, U.S.C. §5332(b)(2); Title 28, U.S.C. § 2461(c)

Date:  02/19/2019

City and state:  Greenville, South Carolina

s/Amanda Williams, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* FEB 20 2019, and the person was arrested on *(date)* 02-28-2019
at *(city and state)* Greenville, SC.

Date:  04-12-2019

Arrested by S/A Smith, DEA
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*