IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-cr-00181-DCC |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JAMAL DEMARCUS LATIMER | ) | |

**ESSENTIAL ELEMENTS OF 21 U.S.C. § 846**

**Count 1:**     (Conspiracy to Possess with Intent to Distribute and Distribution of a Controlled Substance)

A.  The conspiracy described in the indictment was willfully formed and was existing at or about the alleged time;

B.  the defendant knowingly and voluntarily became a part of the conspiracy; and

C.  the defendant distributed a quantity of a controlled substance(s) equal to or in excess of the amount charged in Count 1, agreed to assist in the distribution of a quantity of controlled substance(s) equal to or in excess of the amount charged in Count 1, or the distribution of the threshold quantity of controlled substance(s) equal to or in excess of the amount charged in Count 1 was reasonably foreseeable to the defendant and same was within the scope of the defendant's agreement and understanding.

PENALTY:
Mandatory Minimum: 10 years
Maximum: life
Fine: $10,000,000
Supervised release: at least 5 years
Special Assessment: $100.00