# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 8:19CR181

JAMAL DEMARCUS LATIMER

## PLEA

The Defendant, JAMAL DEMARCUS LATIMER, acknowledges receipt of a copy of the SUPERSEDING INDICTMENT and pleads GUILTY in open court to Counts __1S__.

_____
(Signed)     Defendant

Greenville, South Carolina
10/16/2019