IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | |
| v. ) | Cr. No.: 8:19-cr-00181 |
| ) | |
| Jamal Demarcus Latimer, ) | |
| Defendant. ) | |

### MOTION FOR REMOVAL OF HOME INCARCERATION
### WITH GPS MONITORING

Defendant, Jamal Demarcus Latimer, by and through the undersigned counsel, hereby files this motion for the removal of home incarceration with GPS monitoring. On April 11, 2019, Mr. Latimer was granted a $75,000 bond with home detention and GPS monitoring. On October 16, 2019, Mr. Latimer's home detention was modified to home incarceration with continued GPS monitoring.

Comes now, Mr. Latimer who moves for the removal of the condition of home incarceration with GPS monitoring. Counsel for Mr. Latimer conferred with the U.S. Probation Officer assigned to this matter, who recommends the removal of home incarceration with location monitoring. The Government also consents to this motion.

WHEREFORE, Mr. Latimer respectfully requests that this Motion for Removal of Home Incarceration with GPS Monitoring be granted.

Respectfully Submitted,

S/Stephanie A. Rainey
Fed. I. D. No.: 7768
Rainey & Brown, PA
145 N. Church Street, Suite 210
Spartanburg, SC 29306
Phone: (864) 573-7531

Date: April 20, 2020

Fax: (864) 573-7660
Attorney for Jamal Demarcus Latimer