UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| | ) |
| v. | ) |
| | )  Cr. No.: 8:19-cr-00181 |
| Jamal Demarcus Latimer | ) |

**STATUS REPORT FOR SENTENCING**

Defendant, Jamal Demarcus Latimer, by and through the undersigned counsel, hereby submits this Status Report pursuant to this Court's order of June 1, 2020.

1. Mr. Latimer entered a guilty plea on October 16, 2019; therefore, speedy trial is not an issue.

2. Mr. Latimer opposes a video sentencing and would request an in-person sentencing.

Respectfully Submitted,

*s/Stephanie Rainey*
Fed. I. D. No.: 7768
Rainey & Brown, PA
145 N. Church Street, Suite 210
Spartanburg, SC 29306
Phone: (864) 573-7531
Fax: (864) 573-7660

Attorney for Jamal Demarcus Latimer

June 8, 2020