IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:19-cr-0181 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **MOTION FOR** |
| JAMAL DEMARCUS LATIMER | ) | **EXTENSION OF TIME TO** |
| | ) | **RESPOND** |
| | ) | |

NOW COMES the United States, by and through its undersigned attorney, and respectfully moves for an extension of time to respond to Defendant's Sentencing Memorandum and Motion for Variance (ECF No. 678).

On July 6, 2020, the Court scheduled Defendant's sentencing for August 17, 2020 at 2:30 PM and requested that all sentencing-related motions or memorandums be filed by July 20, 2020. ECF No. 646. The Court further noted that responses to those sentencing-related motions or memorandums were to be due by August 10, 2020. *Id*.

On July 20, 2020, Defendant filed his Sentencing Memorandum and Motion for Variance. ECF No. 678. On July 22, 2020, the Court directed the Government to respond to Defendant's motion within ten days of the date of that Order, or on or before August 1, 2020.

The Government respectfully moves that the Court extend the time for the Government to respond to Defendant's motion to on or before August 10, 2020 as originally set at ECF No. 646. The Government contacted Defendant's counsel on July 25, 2020 via e-mail regarding this request, and as of the time of this filing, has not received a response.

The purpose of the Government's request is to allow the Government to prepare a more

1

comprehensive response to the issues raised in Defendant's motion. The extension of time to respond would not prejudice Defendant as he will have ample time to reply to the Government's response if he so chooses before his sentencing.

Respectfully submitted,

                                        PETER M. MCCOY, JR.
                                      UNITED STATES ATTORENY

By:  *s/Sloan P. Ellis*
       Sloan P. Ellis (#10436)
       Assistant United States Attorney
       55 Beattie Place, Suite 700
       Greenville, South Carolina 29601
       (864) 282-2100

July 28, 2020
Greenville, South Carolina

2