

MCGOWAN_RESTRICTED_ACCESS 02317



MCGOWAN_RESTRICTED_ACCESS  02312

02.26.2019 08:58

PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
3

MCGOWAN_RESTRICTED_ACCESS_02302

Page 1



**North Carolina Department of Justice**
# North Carolina State Crime Laboratory
Raleigh

## Laboratory Report

| | | | |
|---|---|---|---|
| TO: | S. R. Spence | DATE: | January 15, 2019 |
| | Granville County Sheriff's Office | CRIME LAB NO.: | R201816535 |
| | 143 Williamsboro Street | SBI FILE NO.: | 2018-03185 |
| | Oxford, NC 27565 | AGENCY FILE NO.: | 1844007 |
| | | EXAMINED BY: | Jennifer C. West |
| LOCATION: | Granville County | DATE OF OFFENSE: | December 18, 2018 |
| TYPE OF CASE: | Trafficking | | |
| | | | |
| SUBJECT(S): | Deandre Lamont Miles | | |
| | Jasmine Jacquel Parker | | |

### ITEM SUBMITTED BY S. R. SPENCE ON DECEMBER 21, 2018:

Item # 1:     Plastic bag containing:
- Nine-thousand eight hundred and thirty-eight light blue tablets with "V 48/12" imprint.
- tablets pieces and powder.

### TYPE EXAMINATION REQUESTED:

Examine for controlled substances.

### RESULTS OF EXAMINATION:

Item 1
Nine-thousand eight hundred and thirty-eight (9,838) light blue tablets with "V 48/12" imprint:
Twenty-nine (29) light blue tablets were individually analyzed and were each found to contain
Heroin - Schedule I (Federal Schedule I).
Fentanyl - Schedule II (Federal Schedule II).
4-anilino-N-phenethyl-4-piperidine (ANPP) - Schedule II (Federal Schedule II).
Net weight of material – 2.95 (+/- 0.11) grams.
Eighty-eight thousand and twenty-six (8,826) tablets  - No chemical analysis.
Net weight of material – 897.05 (+/- 0.05) grams.
This material was analyzed with a hypergeometric sampling plan that demonstrates with 95% confidence that at least
90% of the material contains the identified substance(s).
Nine-hundred and eighty-three (983) tablets - No chemical analysis.

I, Joshua H. Stein, Attorney General of the State of North Carolina, hereby certify that the form identified as: North Carolina State Crime Laboratory, Department of Justice, Laboratory Report is a form approved by me for the purpose stated in G.S. 90-95(g) and G.S. 8-58.20 and approved by me in compliance with the said statutes.

**THIS REPORT IS TO BE USED ONLY IN CONNECTION WITH AN OFFICIAL CRIMINAL INVESTIGATION.**

COPIES TO:
S. O. Staton, SBI Records, Office of the District Attorney (Granville County)

This report contains the opinions/interpretations of the examiner(s) who issued the report. All supporting documentation generated during the examination is released with the report.

*Jennifer C. West*

Jennifer C. West

**Confidential:**     This is an official file of the North Carolina State Crime Laboratory. To make public or reveal the contents thereof to any unauthorized
person is a violation of the General Statutes of North Carolina.



MCGOWAN_RESTRICTED_ACCESS_01042



# V 48 12 (Oxycodone Hydrochloride 30 mg)

Pill with imprint **V 48 12** is Blue, Round and has been identified as Oxycodone Hydrochloride 30 mg. It is supplied by Qualitest Pharmaceuticals Inc.,

Oxycodone is used in the treatment of **chronic pain**; **pain** and belongs to the drug class **narcotic analgesics**. FDA has not classified the drug for risk during pregnancy. Oxycodone 30 mg is classified as a **Schedule 2 controlled substance** under the Controlled Substance Act (CSA).

## Images for V 48 12





### Oxycodone Hydrochloride

| | |
|---|---|
| **Imprint:** | V 48 12 |
| **Strength:** | 30 mg |
| **Color:** | Blue |
| **Size:** | 6.00 mm |
| **Shape:** | Round |
| **Availability:** | Prescription only |

**Drug Class:**
**Narcotic analgesics**

**Pregnancy Category:**
**N - Not classified**

**CSA Schedule:**
**2 - High potential for abuse**

**Labeler / Supplier:**
**Qualitest Pharmaceuticals Inc.**

**Inactive Ingredients:**
**lactose monohydrate**
**magnesium stearate**
**microcrystalline cellulose**
**povidone**
**sodium starch glycolate type A potato**
**stearic acid**
**FD&C Blue No. 1**
Note: Inactive ingredients may vary.



GOVERNMENT
EXHIBIT
7
PERGAD 800-631-6989

12/27/2018

MCGOWAN_RESTRICTED_ACCESS_01283

MCGOWAN RESTRICTED ACCESS 01283