IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | |
| v. ) | Cr. No.: 8:19-cr-181 |
| ) | |
| Jamal D. Latimer, ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

COMES NOW Jamal D. Latimer and respectfully gives notice that he hereby appeals to the U.S. Court of Appeals for the Fourth Circuit the Order of Judgment dated October 7, 2020 and from all non-moot interlocutory orders.

Respectfully Submitted,

S/Stephanie A. Rainey
Fed. I. D. No.: 7768
Rainey & Brown, PA
145 N. Church Street, Suite 210
Spartanburg, SC 29306
Phone: (864) 573-7531
Fax: (864) 573-7660
Attorney for Marcus Terrell Spencer

Date: October 16, 2020