FILED: August 12, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-4531
(8:19-cr-00181-DCC-3)

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAMAL DEMARCUS LATIMER

        Defendant - Appellant

M A N D A T E

The judgment of this court, entered July 21, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                    */s/Patricia S. Connor, Clerk*